John M. Krug, Esq.
Partner

Direct Dial/Text
516.738.4644

Fax
646.350.1901

Email:
jkrug@gerberciano.com



**GERBER CIANO KELLY BRADY LLP**

US Mail:
PO Box 1060
Buffalo, New York 14201

Visit Us/FedEx/UPS:
1325 Franklin Avenue, Suite 500
Garden City, NY 11530

June 25, 2025

**VIA ECF**
Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

      RE:    GNY Custom Insurance Company v. State National Ins. Co.
                 Docket No. 25-CV-03921
                 Our File No.: 1540.0103

Your Honor:

      This office represents plaintiff in the above-referenced matter.

      By order dated May 15, 2025, Your Honor set an Initial Pretrial Conference for Tuesday, July 8, 2025. The parties are currently engaged in settlement negotiations. As a result, the parties request that the Initial Pretrial Conference be adjourned for two (2) weeks, to July 22, 2025, to allow the parties time to attempt to resolve this matter prior to the Initial Pretrial Conference. There have been no previous requests for adjournment of the Initial Pretrial Conference.

      All parties consent to this request for adjournment.

Sincerely yours,

*John M. Krug*
John M. Krug

cc:  **Via email**

Edward S. Benson, Esq.
Cheryl D. Harris, Esq.
Nicoletti Spinner Ryan Gulino Pinter LLP
Attorneys for Defendant
555 Fifth Avenue, 8th Floor
New York, New York 10017

Application GRANTED. The Initial Pretrial Conference currently scheduled for July 8, 2025 shall be ADJOURNED to **Tuesday, July 22, 2025, at 9:30 a.m.** The conference shall be in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007. If the parties reach a settlement in principle, it is further ORDERED that the parties shall so advise the Court by way of a letter on ECF forthwith. The Clerk of Court is respectfully directed to terminate Dkt. No. 12.

SO ORDERED. Date: 6/25/2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE